UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID BAUGHMAN, et al.,<br><br>        Defendants. | No. 2:19-cv-0245 CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Plaintiff's failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send plaintiff a copy of his original complaint filed February 6, 20019.

Dated: May 3, 2019

                                            CAROLYN K. DELANEY<br>                                            UNITED STATES MAGISTRATE JUDGE

1/bh/hamm0245.36